*Eugene Underwood,* for petitioners. *Messrs. Harold S. Deming* and *Wharton Poor* for respondent.

No. 172. WHITEHEAD, EXECUTOR, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. L. McCune* for petitioner. *Solicitor General Biggs* for respondent.

No. 486. BAIRD *v.* UNITED STATES. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Sidney L. Herold* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John G. Remey* for the United States.

No. 489. BOGAN, ADMINISTRATRIX, *v.* HYNES ET AL. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Eric Lyders* for petitioner. *Mr. Aloysius I. McCormick* for respondents.

No. 492. IMPIRIALE *v.* PERKINS, SECRETARY OF LABOR. November 13, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Raymond M. Hudson* for petitioner. *Solicitor General Biggs* and *Messrs. Frank M. Parrish, Harry S. Ridgely,* and *W. Marvin Smith* for respondent.